COPY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO. 24-8155-BER

v.

Case No. 3:24-cr-65-MMH-MCR
18 U.S.C. § 2252(a)(2)

TIMOTHY BURCH MORRIS
a/k/a "timkw37138"

FILED BY ___TM___ D.C.

Apr 1, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 22, 2023, in the Middle District of Florida, the defendant,

TIMOTHY BURCH MORRIS,
a/k/a "timkw37138,"

did knowingly distribute visual depictions using facilities of interstate commerce, that is, by cellular telephone via the internet, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.  Upon conviction of the violation of 18 U.S.C. § 2252(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a.  Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Chapter 110, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

    b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

AO 442 (Rev. 3/27/24) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RCV USMS JACKSONVILLE
2024 MAR 28 PM 4:16

| United States of America | ) |
| v. | ) Case No. 3:24-cr-65-MMH-MCR |
| TIMOTHY BURCH MORRIS<br>a/k/a "timkw37138" | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),*     TIMOTHY BURCH MORRIS, a/k/a "timkw37138"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2).

Date: 3/28/2024

_____
*Issuing officer's signature*

City and state:  Jacksonville, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*